CAPRETZ & ASSOCIATES

CLIENT/MATTER WORK IN PROGRESS
By CLNT/MATTER
01/01/30 Through 12/31/07
For CLNT/MATTER 94067

PROCESS DATE: 1/14/08
PROCESS TIME: 10:18 AM

PAGE 1
REPORT ID CS000A46

```
                                                                              BILLING OPTIONS
CLIENT ID  94067 -                    NAME      BOWLING -PFIZER              LAST STMT/PYMT   11/30/07  10/18/07
                                      ADDRESS   WAYNE SMITH                  BILL TEMP
RESP ATT  JTC  JAMES T. CAPRETZ                 CLAIMS ADMINISTRATOR         BILL         BAL CR DISB AND FEES
MGNG ATT  JTC  JAMES T. CAPRETZ                 525 VINE ST., SUITE 2300     BILL FEES/DISB
ORIG ATT  JTC  JAMES T. CAPRETZ                 CINCINNATI    OH 45202-3124  PERIODIC/FLAT FEES
BRANCH                                                                       BILL FROM/THRU
DEPT      N    OTHER                  DESCRIPTION  BOWLING-CLASS ACTION      COMBINE/ROUND                 N        N
AREA      99   OTHER CONTINGENT                                              DATE LAST WORKED  12/26/07
CONTINGENCY    YES                                                           FC CODE/DATE
TELEPHONE                             BILL FORMAT  STATEMENT 001             PRINT STM/GRP DISB     Y       N
                                                                             AGING DAY/CLOSE DATE  030  0/00/00
```

PROFESSIONAL SERVICES

| DATE | ATT | CODE | PR | HOURS | RATE | AMOUNT | SEQ NO | HOLD | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 12/03/07 | JTC | B | Y | 3.00 | 325.00 | 975.00 | 0228670 | | PREPARE FOR CONFERENCE CALL; PARTICIPATE IN PRE STATUS CONFERENCE CALL; RECEIVE AND REVIEW PROPOSED AGENDA; DRAFT LETTER TO GROUP RE STATUS CONFERENCE; TELEPHONE CALL TO AND FROM SPECIAL COUNSEL RE HEARING; TELEPHONE CALL WITH CLASS COUNSEL OFFICE RE APPROACHING TEAM RE COURT HEARING ISSUES |
| 12/04/07 | JTC | B | Y | 2.70 | 325.00 | 877.50 | 0228672 | | RECEIVE E-MAIL FROM N LAWSON & FROM J. JOHNSON RE STATUS CONFERENCE & RESPOND TO LAWSON ET AL; RECEIVE AND REVIEW COURT FILING RE STATUS CONFERENCE; TELEPHONE CALL WITH SPECIAL COUNSEL JOHNSON RE STATUS CONFERENCE |
| 12/05/07 | JTC | B | Y | 6.00 | 325.00 | 1,950.00 | 0228673 | | PREPARE FOR DEC 6TH STATUS CONFERENCE; ORGANIZE FILE |
| 12/06/07 | JTC | B | Y | 10.00 | 325.00 | 3,250.00 | 0228674 | | PREPARE FOR HEARING- MEETING AT CLASS COUNSEL OFFICE PRIOR TO HEARING ; ATTEND HEARING; DRAFT MEMO; TRAVEL HOME |
| 12/10/07 | JTC | B | Y | 1.50 | 325.00 | 487.50 | 0228676 | | E-MAIL FROM D. MILLER RE MED JOURNAL ARTICLE/ RESPOND TO SAME; E-MAIL FROM F. STILZ RE STATUS; OUTLINE CLASS OPTIONS FOR ASSISTING CLASS MEMBERS WITH POSSIBLE SLF |
| 12/11/07 | JTC | B | Y | 4.50 | 325.00 | 1,462.50 | 0228679 | | WORK ON BSCC CLASS MEMBER ISSUES WITH BSCC VALVE; INVESTIGATE BSCC PATIENT MILUSO RIGHTS & ENTITLEMENT TO IMAGING & HEART VALVE RECORDS |
| 12/12/07 | JTC | B | Y | 1.80 | 325.00 | 585.00 | 0228680 | | E-MAIL FROM D MILLER RE MEDIC ALERT & RESPOND TO SAME; E-MAIL FROM COURT RE TRUSTEES & SUPERVISORY PANEL REQUESTS ASSIST BSCC PATIENT WITH QUESTIONS RE BOWLING REPLACEMENT QUALIFICATIONS; COMMUNICATE WITH BSCC CLASS RE STATUS OF BOWLING RESEARCH |
| 12/13/07 | JTC | B | Y | 1.00 | 325.00 | 325.00 | 0228681 | | REVIEW OF NEW BOWLING CT ORDER-RESPOND TO INQUIRY RE BSCC VALVE |
| 12/14/07 | JTC | B | Y | 3.00 | 325.00 | 975.00 | 0228682 | | RECEIVE INQUIRY7 FROM BOWLING CLASS MEMBER FAMILY; E-MAIL EXCHANGE WITH W SMITH RE INQUIRY; RESEARCH IMAGING CAPABILITIES |
| 12/19/07 | JTC | B | Y | 2.80 | 325.00 | 910.00 | 0228683 | | E-MAIL WITH PENN STATE RE AORTIC VALVE IMAGING FOR CLASS MEMBER; REVIEW IMAGING DATA RE SAFETY EFFICIENCY; RESEARCH IMAGING OF AORTIC VALVE |
| 12/20/07 | JTC | B | Y | 0.80 | 325.00 | 260.00 | 0228684 | | E-MAIL FROM PENN STATE RE IMAGING; RESPOND TO SAME; E-MAIL FROM BS PATIENT RE VALUE DATA INQUIRY, REFERRED TO R COOPER AT PFIZER |
| 12/26/07 | JTC | B | Y | 1.00 | 325.00 | 325.00 | 0228685 | | E MAIL EXCHANGE WITH BSCC PATIENT RE INFORMATION ON HIS BS VALVE |

CAPRETZ & ASSOCIATES

CLIENT/MATTER WORK IN PROGRESS
By CLNT/MATTER
01/01/30 Through 12/31/07
For CLNT/MATTER 94067

PROCESS DATE: 1/14/08
PROCESS TIME: 10:18 AM

PAGE 2
REPORT ID C8000A66

****SUB TOTAL BILLABLE   38.10        12,382.50

## DISBURSEMENTS

| DATE | ATT | CODE PR | UNITS | RATE | AMOUNT | SEQ NO | HOLD | DESCRIPTION |
|------|-----|---------|-------|------|--------|--------|------|-------------|
| 1/20/70  | JTC | XPH3 | 4.00  | 0.05 | 0.20   | 0228689 | | COPY CHARGES |
| 11/26/07 | JTC | XPOS | 0.00  | 0.00 | 5.76   | 0228691 | | POSTAGE |
| 12/01/07 | JTC | X    | 0.00  | 0.00 | 930.58 | 0228687 | | ALLOCATED PORTION OF AMERICAN AIRLINES |
| 12/03/07 | JTC | X    | 0.00  | 0.00 | 914.40 | 0228688 | | DELTA AIRLINES |
| 12/03/07 | JTC | XPH3 | 43.00 | 0.05 | 2.15   | 0228690 | | COPY CHARGES |
| 12/03/07 | JTC | XPOS | 0.00  | 0.00 | 16.00  | 0228692 | | POSTAGE |
| 12/05/07 | JTC | X    | 0.00  | 0.00 | 30.00  | 0228645 | | TAXI |
| 12/05/07 | JTC | X    | 0.00  | 0.00 | 10.00  | 0228646 | | TIPS |
| 12/06/07 | JTC | X    | 0.00  | 0.00 | 30.00  | 0228647 | | TAXI TO AIRPORT |
| 12/06/07 | JTC | X    | 0.00  | 0.00 | 5.00   | 0228648 | | TIPS AT HOTEL |
| 12/06/07 | JTC | X    | 0.00  | 0.00 | 8.00   | 0228649 | | TIPS IN DALLAS AIRPORT |
| 12/07/07 | JTC | XHOT | 0.00  | 0.00 | 254.36 | 0228686 | | HOTEL CHARGES - CINCINNATIAN |
| 12/11/07 | JTC | XPOS | 0.00  | 0.00 | 1.16   | 0228693 | | POSTAGE |
| 12/12/07 | JTC | XPOS | 0.00  | 0.00 | 1.16   | 0228694 | | POSTAGE |
| 12/13/07 | JTC | XPOS | 0.00  | 0.00 | 0.99   | 0228695 | | POSTAGE |
| 12/14/07 | JTC | XPOS | 0.00  | 0.00 | 0.58   | 0228696 | | POSTAGE |

****SUB TOTAL                          2,210.34

## RECEIPTS & RETAINERS

| DATE | CODE | ENTERED AMT | UNAPPLIED AMT | SEQ NO | HOLD | DESCRIPTION |
|------|------|-------------|---------------|--------|------|-------------|
| 12/20/07 | SD | 20,453.30 | 20,453.30 | 0228668 | | PAYMENT ON ACCOUNT -- THANK YOU |
| 12/31/07 | SD | 8,427.83  | 8,427.83  | 0228669 | | PAYMENT ON ACCOUNT -- THANK YOU |

****SUB TOTAL           28,881.13     28,881.13

## ACCOUNT STATUS

| | FEES | DISB | TOTAL | SUMMARY INFORMATION | |
|---|---|---|---|---|---|
| CURRENT A/R BALANCE | 12,045.13 | 20.68 | 12,065.81 | NON BILLABLE FEES | 0.00 |
| +/- A/R ADJUSTMENTS | 0.00 | 0.00 | 0.00 | RETAINER RECEIPTS | 0.00 |
| +/- CASH RECEIPTS | 26,650.11 | 2,231.02- | 28,881.13 | Y T D BILLED FEES | 1,123,149.83 |
| | | | | Y T D BILLED DISB | 179,609.49 |
| NET A/R BALANCE | 14,604.98- | 2,210.34- | 16,815.32- | Y T D RECEIPTS | 1,485,907.26 |
| | | | | C T D BILLED FEES | 1,371,112.63 |
| +/- UNBILLED FEES/DISB/ADJ | 12,382.50 | 2,210.34 | 14,592.84 | C T D BILLED DISB | 199,355.34 |
| BALANCE IF BILLED IN FULL | 2,222.48- | 0.00 | 2,222.48- | C T D BILLED RCPTS | 1,493,154.52 |
| | | | | TRUST1 | 0.00 |
| | | | | TRUST2 | 0.00 |
| | | | | TRUST3 | 0.00 |

## ATTORNEY TOTALS

| ATTORNEY | JTC |
|---|---|
| NON BILLABLE HOURS | 0.00 |
| BILLABLE HOURS | 38.10 |
| BILLABLE AMOUNT | 12,382.50 |
| BILLABLE RATE | 325.00 |