# Trustees for the Bowling-Pfizer Heart Valve Settlement Funds

**Special Master/Trustee and Professional Fees**

Compensation, Travel and Incidental Expenses for the month of

October, 2010

|  | Compensation | Travel and Incidental Expenses | | | Total |
|---|---|---|---|---|---|
|  |  | Air Fare | Hotel | Other |  |
| **Special Master/Trustee** |  |  |  |  |  |
| James A. Higgins | $3,798.00 |  |  |  | $3,798.00 |
| **Professional** |  |  |  |  |  |
| Taft, Stettinius & Hollister | 1,350.00 |  |  |  | 1,350.00 |
| Dinsmore & Shohl  (1) | 12,817.80 |  |  | $1,203.18 | 14,020.98 |
|  | $17,965.80 |  |  | $1,203.18 | **$19,168.98** |

(1) Compensation and expenses listed are for the months of September and October, 2010.



EXHIBIT A

Trustees for the Bowling-Pfizer
Heart Valve Settlement Funds
Invoice for Time Worked for
James A. Higgins
Special Master/Trustee
6124 Shelrich Court
Cincinnati, Ohio 45247

For the Month of October 2010

| Date | Activities | Hours |
|---|---|---|
| 10/6/10 | Reviewed responses to RFP. Reviewed document from Nancy Lawson; emails to Nancy Lawson. Reviewed invoices and signed checks. | 3.5 |
| 10/13/10 | Reviewed billings from special class counsel, supervisory panel and counsel for trustee. Reviewed draft amendment to settlement agreement. Email to Nancy Lawson. Reviewed invoices and signed checks. Discussed administrative matters with Wayne Smith and Dave Miller. | 3.0 |
| 10/18/10 | Conference call with Nancy Lawson, Wayne Smith and Dave Miller. | .75 |
| 10/19/10 | Conference call with Nancy Lawson, Wayne Smith and Dave Miller. Telephone call from vendor re RFP proposal. | .66 |
| 10/20/10 | Reviewed proposals from vendors re RFP. Correspondence with vendors re proposals. Email to Nancy Lawson. | 3.25 |
| 10/25/10 | Reviewed drafts from Nancy Lawson. Telephone calls to Nancy Lawson. | .5 |
| 10/27/10 | Reviewed documents forwarded by Nancy Lawson. Reviewed invoices and payroll; signed checks. | 1.0 |

12.66 hours @ $300 = $3,798.00

James A. Higgins
Special Master/Trustee

IN ACCOUNT WITH

# TAFT STETTINIUS & HOLLISTER LLP

ATTORNEYS AT LAW
SUITE 910
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
(859) 331-2838

2010 DEC -7 PM 2:04

TAXPAYER I.D. NUMBER: 31 0541755

MR. WAYNE SMITH
TRUSTEES FOR THE BOWLING-PFIZER
HEART VALVE SETTLEMENT FUNDS
525 VINE ST., STE. 2300
CINCINNATI, OH 45202-3124

INVOICE # 2224349
DECEMBER 3, 2010

CLIENT NUMBER - BPT01/GN001

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2010

RE: HEART VALVE SETTLEMENT MATTER
FOR THE BOWLING-PFIZER HEART VALVE
SETTLEMENT

| DATE | ATTY | HOURS | |
|---|---|---|---|
| 10/05/10 | DBM2 | .75 | REVIEW DRAFT OF TRUSTEE'S RESPONSE TO CLASS COUNSEL'S OBJECTION; TELEPHONE CONFERENCE WITH N. LAWSON; REVIEW REVISED DRAFT OF TRUSTEE'S RESPONSE TO CLASS COUNSEL'S OBJECTION. |
| 10/13/10 | DBM2 | .25 | REVIEW PROPOSED AMENDMENT TO SETTLEMENT AGREEMENT. |
| 10/15/10 | DBM2 | 1.25 | PREPARE APPLICATIONS FOR AUGUST CLASS AND SPECIAL COUNSEL FEES; PREPARE APPLICATION FOR SEPTEMBER TRUSTEE AND SUPERVISORY PANEL FEES; FINALIZE AUGUST FEE APPLICATIONS FOR TRUSTEE AND SUPERVISORY PANEL; CORRESPONDENCE TO N. LAWSON. |
| 10/18/10 | DBM2 | .75 | CONFERENCE CALL WITH TRUSTEE N. LAWSON, D. MILLER, W. SMITH; CORRESPONDENCE TO N. LAWSON REGARDING CLASS AND SPECIAL COUNSEL FEES; CORRESPONDENCE TO P. DEMARCO AND M. VEIDEMANIS REGARDING SEPTEMBER TRUSTEE AND SUPERVISORY PANEL FEES. |
| 10/19/10 | DBM2 | 1.00 | REVIEW DRAFT OF JOINT BRIEF OF INDEMNIFICATION MODIFICATION OF SETTLEMENT AGREEMENT AND SUPERVISORY PANEL; CONFERENCE CALL WITH TRUSTEE, N. LAWSON, W. SMITH AND D. MILLER. |
| 10/25/10 | DBM2 | .50 | REVIEW FINAL DRAFT OF JOINT BRIEF. |

IN ACCOUNT WITH

## TAFT STETTINIUS & HOLLISTER LLP

ATTORNEYS AT LAW
SUITE 910
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
(859) 331-2838

TAXPAYER I.D. NUMBER: 31 0541755

```
       4.50    TOTAL HOURS

   PROFESSIONAL SERVICES                                    $ 1,350.00


                                                     **************
                                 THIS INVOICE TOTAL     $ 1,350.00
                                                     **************

   PRIOR BALANCE ON THIS MATTER AS OF 12/03/2010:         $ 15,185.50


   TOTAL BALANCE DUE ON THIS MATTER AS OF 12/03/2010:     $ 16,535.50
RBC\sw
```

# DINSMORE & SHOHL LLP

*Charleston WV   Cincinnati OH   Columbus OH   Dayton OH   Frankfort KY*
*Lexington KY   Louisville KY   Morgantown WV   Pittsburgh PA   Wheeling WV*

Federal I.D.: 31-0263070

---

Trustees for the Bowling-Pfizer Heart Valve Settlement
Funds
525 Vine St., Suite 2300
P.O. Box 3598
Cincinnati OH 45202

October 18, 2010
Invoice # 2563733

Billing Attorney - Mark A. Vander Laan

Client Number - 25694.1
Matter: Bowling v. Pfizer
Case No. C-1-91-256

---

### Remittance Advice

For Professional Services Rendered Through September 30, 2010:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 5,082.00 |
| Less Discount | $ -508.20 |
| Attorney Costs | $ 585.30 |
| Current Total for Professional Services | $ 5,159.10 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer

October 18, 2010  
Invoice # 2563733

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Nancy A. Lawson | Partner | 15.40 | 330.00 | $ 5,082.00 |
| | Total Hours / Fees | 15.40 | | $ 5,082.00 |
| | Less Discount | | | $ -508.20 |
| | Current Fee for Hours Worked | | | $ 4,573.80 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Business Meals | $ 70.00 |
| Photocopies | $ 15.30 |
| Web Site Hosting | $ 500.00 |
| Total Attorney Costs | $585.30 |
| Current Amount Due This Invoice | $5,159.10 |

1

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/10 | NAL | 1.50 | Conference call with Bowling group regarding document repository, review Andrew Hoyland's email regarding repository. |
| 09/01/10 | NAL | 0.50 | Review document repository index page. |
| 09/02/10 | NAL | 0.50 | Review emails between Dave Miller and Brian Wolfman regarding objection, review objections. |
| 09/07/10 | NAL | 1.50 | Review fees on fees cases and De Marco letter to prepare for conference call with Jim Higgins on Wednesday. |
| 09/08/10 | NAL | 1.50 | Read cases on fees on fees, conference call with Dave Malone and Jim Higgins regarding same, read De Marco's letter regarding same. |
| 09/09/10 | NAL | 2.00 | Conference call with Jim Higgins and Dave Malone regarding fees on fees, review case law regarding same, review fee applications of Counsel for Trustees, Trustees, Supervisory Panel, Class Counsel, and Special Counsel. |
| 09/10/10 | NAL | 0.70 | Review fee application from Public Citizen, review bill from Class and Special Counsel, emails regarding same. |
| 09/13/10 | NAL | 1.10 | Telephone call with Paul De Marco regarding fees on fees, telephone call with Jim Higgins regarding same, review bills, telephone call to Dave Malone regarding same. |
| 09/13/10 | NAL | 0.20 | Review Brian Wolfman's final fee application. |
| 09/15/10 | NAL | 0.50 | Telephone call with Jim Higgins regarding fees-on-fees, telephone call to David Malone regarding same, review fee applications. |
| 09/16/10 | NAL | 0.40 | Telephone call to Dave Malone regarding fee applications, review fee applications. |
| 09/21/10 | NAL | 0.60 | Review applications and orders for Trustee's fees for May, June and July and Supervisory Panel fees for July and have filed with Court. |
| 09/22/10 | NAL | 0.50 | Review application for attorneys fees for Class and Special Counsel, telephone call with Darlene Maury regarding applications for Trustee's fees. |
| 09/23/10 | NAL | 0.50 | Telephone call with Dave Malone regarding Class and Special Counsel fee application, telephone call to Brian Wolfman regarding same, email to Brian Wolfman regarding same. |
| 09/23/10 | NAL | 0.30 | Review request for proposals. |
| 09/23/10 | NAL | 0.10 | Review order regarding joint filing in October. |
| 09/24/10 | NAL | 0.90 | Review emails regarding fees on fees, telephone call with Jim Higgins regarding same, telephone call with Brian Wolfman regarding Special Counsel fees. |
| 09/28/10 | NAL | 0.50 | Review Paul De Marco's response to fee application. |
| 09/29/10 | NAL | 1.10 | Review and have filed fee application for Public Citizen, review Dave Miller's email and attachment regarding Supervisory Panel activities, review schedule and Court order on October filing. |
| 09/30/10 | NAL | 0.50 | Email to Jim Higgins and Dave Malone regarding De Marco's |

objection to fees on fees, review De Marco's objections.

Total Hours    15.40

Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer  

October 18, 2010  
Invoice # 2563733  

## Detail of Attorney Costs

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 09/02/10 | MB-A | Photocopies | $ 1.80 |
| 09/02/10 | MB-A | Photocopies | $ 2.10 |
| 09/02/10 | MB-A | Photocopies | $ 1.05 |
| 09/02/10 | MB-A | Photocopies | $ 1.20 |
| 09/02/10 | MB-A | Photocopies | $ 3.15 |
| 09/02/10 | MB-A | Photocopies | $ 1.35 |
| 09/10/10 | NAL | US Bank Business Meals VENDOR: US Bank; INVOICE#: 5893/082010; DATE: 8/18/2010 - Visa charges for Patti Super for billing period 7/17-8/17; Breakfast from Ingredients for meeting on 7/19 | $ 70.00 |
| 09/13/10 | NAL | Photocopies | $ 1.35 |
| 09/17/10 | JW-A | Web Site Hosting WEB HOSTING - STATIC September 2010 | $ 100.00 |
| 09/17/10 | JW-A | Web Site Hosting WEB HOSTING - REPOSITORY September 2010 | $ 400.00 |
| 09/24/10 | NAL | Photocopies | $ 0.15 |
| 09/29/10 | NAL | Photocopies | $ 3.15 |

Total Attorney Costs $ 585.30

# DINSMORE & SHOHL LLP

*Charleston WV    Cincinnati OH    Columbus OH    Dayton OH    Frankfort KY*
*Lexington KY    Louisville KY    Morgantown WV    Pittsburgh PA    Wheeling WV*

Federal I.D.: 31-0263070

---

Trustees for the Bowling-Pfizer Heart Valve Settlement
Funds
525 Vine St., Suite 2300
P.O. Box 3598
Cincinnati OH 45202

November 11, 2010
Invoice # 2584711

Billing Attorney - Mark A. Vander Laan

Client Number - 25694.1
Matter: Bowling v. Pfizer
Case No. C-1-91-256

---

### Remittance Advice

For Professional Services Rendered Through October 31, 2010:

| | |
|---|---|
| Current Fee for Hours Worked | $ 9,160.00 |
| Less Discount | $ -916.00 |
| Attorney Costs | $ 617.88 |
| | |
| Total Due for Professional Services | $ 8,861.88 |

### Payment Due on Receipt
Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

We accept Visa, Mastercard and American Express
Please call (513) 977-8131 to initiate credit card payment.



Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer  

November 11, 2010  
Invoice # 2584711  

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | Rate | Amount |
|---|---|---|---|---|
| Nancy A. Lawson | Partner | 27.20 | 330.00 | $ 8,976.00 |
| Susan D Solle | Associate | 0.80 | 230.00 | $ 184.00 |
| | Total Hours / Fees | 28.00 | | $ 9,160.00 |
| | Less Discount | | | $ -916.00 |
| | Current Fee for Hours Worked | | | $ 8,244.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Computer research | $ 11.36 |
| Computer Legal Research/Westlaw | $ 64.97 |
| Photocopies | $ 41.55 |
| Web Site Hosting | $ 500.00 |
| Total Attorney Costs | $617.88 |
| Current Amount Due This Invoice | $8,861.88 |

Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer

November 11, 2010  
Invoice # 2584711

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/01/10 | NAL | 0.20 | Email to Brian Wolfman regarding Application for Disbursement of Funds for Class and Special Counsel. |
| 10/04/10 | NAL | 1.00 | Review email from Dave Miller regarding scope of Supervisory Panel work, telephone call to Paul De Marco regarding October filing, prepare draft of "fees on fees" and read cases. |
| 10/05/10 | NAL | 2.00 | Read cases and prepare Response to Objection to Fees on Fees. |
| 10/07/10 | NAL | 1.50 | Review Orders from Court on fees, telephone call to Paul De Marco regarding August filing, telephone call to consultant in response to RFP, review indemnification materials. |
| 10/08/10 | NAL | 0.90 | Telephone call with Beth Graham King from Russ Consulting regarding RFP, review RFP. |
| 10/11/10 | NAL | 0.50 | Review Capretz bill, telephone call to Paul De Marco. |
| 10/11/10 | NAL | 1.10 | Telephone call with Elizabeth Graham King from the West Group regarding RFT, review information regarding the West Group. |
| 10/12/10 | NAL | 1.50 | Telephone call with Paul De Marco regarding October filing, review amendment, email Capretz bill, review memo regarding indemnification. |
| 10/14/10 | NAL | 1.20 | Telephone call and emails with Paul De Marco, Jim Higgins and Wayne Smith regarding Amendment to Settlement Agreement, review Amendment to Settlement Agreement and compare to Settlement Agreement. |
| 10/14/10 | SDS | 0.30 | Review portions of memorandum regarding liability of trustees. |
| 10/15/10 | NAL | 1.50 | Emails with Paul De Marco regarding amendment to Settlement Agreement and filing on October 25, emails with Jim Higgins, Wayne Smith and Dave Malone regarding same, review and have filed fee applications for Supervisory Panel and Trustee and Counsel, review administrative expenses proposed. |
| 10/18/10 | NAL | 2.20 | Conference call with Jim Higgins, Dave Miller and Wayne Smith regarding Joint Brief to be filed on October 25, draft Joint Brief, email with Paul De Marco regarding contingent funds, telephone call with Dave Miller regarding Supervisory Panel, review proposal regarding contingent funds. |
| 10/18/10 | SDS | 0.50 | Review order and memo regarding liability of panel. |
| 10/19/10 | NAL | 2.00 | Conference call with Jim Higgins, Dave Miller and Wayne Smith, telephone call with Dave Miller regarding Joint Brief, review Class and Special Counsel fees, emails with Paul De Marco regarding Amendment to Settlement Agreement, review and revise Joint Brief and email to all counsel. |
| 10/20/10 | NAL | 0.50 | Email with counsel regarding Joint Brief, review Amendment to Settlement Agreement. |
| 10/21/10 | NAL | 0.50 | Email regarding Joint Brief. |

Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer

November 11, 2010  
Invoice # 2584711

| Date | Atty | Hours | Description |
|---|---|---|---|
| 10/21/10 | NAL | 0.50 | Review proposed Amendment to Settlement Agreement and email with Paul De Marco regarding same. |
| 10/22/10 | NAL | 0.90 | Review Paul De Marco's additions to Joint Brief. |
| 10/25/10 | NAL | 4.00 | Review and revise Joint Brief, email and telephone calls with Dave Miller and Jim Higgins regarding same, review Notice to Class Counsel and Motion to Approve Revision to Settlement Agreement, discuss same with Wayne Smith. |
| 10/26/10 | NAL | 0.30 | Review Motion regarding Amended Settlement Agreement and Notice filed by Class Counsel and email to Bowling group, review Joint Brief and email to Bowling group. |
| 10/27/10 | NAL | 1.30 | Telephone call with Jim Higgins regarding definition of class, review notice and motion, telephone call with Paul De Marco regarding same. |
| 10/27/10 | NAL | 0.50 | Telephone call with Wayne Smith and Jim Higgins regarding definition of spouse class member and telephone call to Paul De Marco regarding same. |
| 10/28/10 | NAL | 1.50 | Review material from Wayne Smith regarding notice of last distribution, telephone call with Wayne Smith regarding same, telephone call with Jim Higgins regarding same, email to Paul De Marco, telephone call with Paul De Marco, review De Marco notice. |
| 10/28/10 | NAL | 0.50 | Review 32nd Trustee's Report and calendar dates for 33rd Trustee Report. |
| 10/29/10 | NAL | 1.10 | Telephone call with Paul De Marco regarding notice, review Settlement Agreement regarding definition of class, review notice and definition of class in notice. |

Total Hours   28.00

Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer

November 11, 2010  
Invoice # 2584711

## Detail of Attorney Costs

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 10/05/10 | NAL | Photocopies | $ 3.90 |
| 10/05/10 | MB-A | Computer Legal Research/Westlaw WESTLAW LEGAL RESEARCH | $ 64.97 |
| 10/07/10 | NAL | Photocopies | $ 1.35 |
| 10/11/10 | NAL | Photocopies | $ 1.20 |
| 10/15/10 | JW-A | Web Site Hosting WEB HOSTING - STATIC October 2010 | $ 100.00 |
| 10/15/10 | JW-A | Web Site Hosting WEB HOSTING - REPOSITORY October 2010 | $ 400.00 |
| 10/15/10 | NAL | Photocopies | $ 6.00 |
| 10/15/10 | NAL | Photocopies | $ 3.15 |
| 10/15/10 | NAL | Photocopies | $ 1.50 |
| 10/20/10 | NAL | Photocopies | $ 0.15 |
| 10/20/10 | NAL | Photocopies | $ 1.50 |
| 10/21/10 | NAL | Photocopies | $ 0.15 |
| 10/21/10 | NAL | Photocopies | $ 0.15 |
| 10/22/10 | NAL | Photocopies | $ 1.50 |
| 10/22/10 | NAL | Photocopies | $ 1.95 |
| 10/22/10 | NAL | Photocopies | $ 1.50 |
| 10/22/10 | NAL | Photocopies | $ 1.95 |
| 10/25/10 | NAL | Photocopies | $ 2.10 |
| 10/25/10 | NAL | Photocopies | $ 0.15 |
| 10/25/10 | NAL | Photocopies | $ 2.10 |
| 10/25/10 | NAL | Photocopies | $ 2.10 |
| 10/25/10 | NAL | Photocopies | $ 2.10 |

Dinsmore & Shohl LLP  
Client Number – 25694.1  
Matter: Bowling v. Pfizer

November 11, 2010  
Invoice # 2584711

| Date | Initials | Description | Amount |
|---|---|---|---|
| 10/25/10 | NAL | Photocopies | $ 0.15 |
| 10/25/10 | NAL | Photocopies | $ 2.10 |
| 10/25/10 | DDB | Photocopies | $ 2.10 |
| 10/25/10 | NAL | Photocopies | $ 2.10 |
| 10/25/10 | NAL | Photocopies | $ 0.60 |
| 10/26/10 | NAL | Pacer Service Center Computer research VENDOR: Pacer Service Center; INVOICE#: Q32010-DS3212; DATE: 10/5/2010 - Computer Research Charges; Account ID: DS3212 | $ 11.36 |

Total Attorney Costs $ 617.88