# EXHIBIT

# A

*In account with*

# MARKOVITS, STOCK & DeMARCO, LLC

119 East Court Street, Suite 530        Cincinnati, Ohio 45202        Phone: (513) 651-3700

November 30, 2012
Invoice Nos. 7 and 8
12022-001

Re:    Bowling-Pfizer Litigation

### Billing Summary through November 30, 2012

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,946.25 |
| Costs Advanced | | 0.00 |
| **CURRENT BILL** | $ | **3,946.25** |

# Markovits, Stock & DeMarco
## Attorneys & Counselors At Law

Bowling-Pfizer Litigation
OH

December 4, 2012

| | |
|---|---|
| File #: | 12022-001 |
| Inv #: | 7 |

**RE:** Class Action Settlement Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-24-12 | Review of all pending matters in preparation for conference; Attendance at court; Telephone call to Brian Wolfman regarding remainder of conference with the court | 3:30 | 962.50 | PMD |
| | Prepare for and attend status conference before Judge Weber with Paul De Marco | 1:30 | 412.50 | WM |
| Oct-25-12 | Telephone call to Brian Wolfman; Telephone call from Brian Wolfman | 0:06 | 27.50 | PMD |
| | Totals | 5:06 | $1,402.50 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,402.50** |
| **Balance Now Due** | **$1,402.50** |

TAX ID Number    32-0383382

Bowling-Pfizer Litigation                                              December 4, 2012
OH

| | | | File #: | 12022-001 |
| | | | Inv #: | 8 |

**RE:**      Class Action Settlement Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-20-12 | Review of email from Brian Wolfman and Nystedt v. Nigro decision | 0:15 | 68.75 | PMD |
| Nov-24-12 | Preparation of long-form and short-form notices and motion re class notices and notice procedures | 2:30 | 687.50 | PMD |
| Nov-26-12 | Preparation of motion re class notices and notice procedures | 0:30 | 137.50 | PMD |
| Nov-27-12 | Preparation of class notices; Preparation of email to Brian Wolfman; Review of email from Brian Wolfman; Telephone call to Nancy Lawson | 2:00 | 550.00 | PMD |
| Nov-28-12 | Telephone call with Nancy Lawson re Rambod and Sokolich, plus class notice and other filings; Preparation of class notices; Review of email from Brian Wolfman | 3:15 | 893.75 | PMD |
| Nov-30-12 | Preparation of short- and long-form notices and motion to approve notices and notice procedure; emails from Brial Wolfman; email to Maris Veidemanis, Jim Capretz, and Brian Wolfman; email from Jim Capretz | 0:45 | 206.25 | PMD |
| | Totals | 9:15 | $2,543.75 | |

**Total Fee & Disbursements**                                               **$2,543.75**