# EXHIBIT

# A

*In account with*

# MARKOVITS, STOCK & DEMARCO, LLC

119 East Court Street, Suite 530        Cincinnati, Ohio 45202        Phone: (513) 651-3700

April 1, 2013
Invoice No. 43
12022-001

Re:     Bowling-Pfizer Litigation

### Billing Summary through March 2013

| | |
|---|---:|
| Fees for Professional Services | $   10,615.00 |
| Costs Advanced | 0.00 |
| **CURRENT BILL** | **$   10,615.00** |

# Markovits, Stock & DeMarco, LLC

119 E. Court Street, Suite 530
Cincinnati, OH 45202-1203 USA

| | |
|---|---|
| Invoice No. | **43** |

Tax I.D. No: 32-0383382
Telephone: 513-651-3700
Fax: 513-665-0219

Bowling-Pfizer Litigation
OH USA

DATE: 04 -01-2013

ATT:

RE:    Class Action Settlement Administration            Matter:    12022-001

| DATE | DESCRIPTION | HOURS | AMOUNT | ATT INIT. |
|------|-------------|-------|--------|-----------|
| 01-08-13 | Review correspondence from Brian Wolfman & Maris Veidemanis re long-form notice; Correspondence to Maris Veidemanis | 0:15 | 68.75 | PMD |
| 02-20-13 | Revised long-form notice to incorporate revisions requested by Pfizer & Dr. Batts; emails to Jim Capretz | 1:06 | 302.50 | PMD |
| 02-21-13 | Telephone conversation with Jim Capretz re long-form notice | 0:15 | 68.75 | PMD |
| 02-23-13 | Drafting and revising proposed long- and short-form notices, and motion for approval of same | 3:00 | 825.00 | PMD |
| 02-28-13 | Drafting and revising proposed long- and short-form notices; email to all other counsel | 3:45 | 1,031.25 | PMD |
| 03-01-13 | Drafting and revising proposed long- and short-form notices; conference call with special counsel Jim Capretz; email exchanges with special counsel Jim Capretz and Public Citizen's counsel Brian Wolfman | 4:15 | 1,168.75 | PMD |
| 03-05-13 | Drafting of proposed findings of fact and conclusions of law | 6:30 | 1,787.50 | PMD |
| 03-06-13 | Drafting of proposed findings of fact and conclusions of law | 2:00 | 550.00 | PMD |
| 03-08-13 | Conference with  Brian Wolfman & Nancy Johnson; revisions to draft long-form notice | 1:00 | 275.00 | PMD |
| 03-13-13 | Email from Nancy Johnson of CAC; incorporated her information into draft long-form notice | 0:15 | 68.75 | PMD |
| 03-17-13 | Drafting proposed finding of fact and conclusions of law and proposed long-form notice | 3:45 | 1,031.25 | PMD |

| Date | Description | Time | Amount | Initials |
|------|-------------|------|--------|----------|
| 03-18-13 | Drafting proposed findings of fact and conclusions of law; email to Brian Wolfman; email from Jim Capretz re Medicare issue | 5:30 | 1,512.50 | PMD |
| | Conference with Paul De Marco re calculation of recovery | 0:15 | 68.75 | WM |
| 03-19-13 | Emails to and from other counsel re postponement; email to Maris Veidemanis transmitting draft proposed findings of fact and conclusions of law | 1:06 | 302.50 | PMD |
| | Review and edit findings of fact and conclusions of law | 1:00 | 275.00 | WM |
| 03-21-13 | Review of suggested revisions of Brian Wolfman to proposed findings of fact and conclusions of law; incorporated his changes into draft | 0:45 | 206.25 | PMD |
| 03-27-13 | Review of email from Nancy Lawson re chart of class members | 0:09 | 41.25 | PMD |
| 03-28-13 | Review of emails from Nancy Lawson & Jim Capretz re chart of class members; emails to and from Brian Wolfman re same issue; email to other counsel re same issue; emails to and from Maris Veidemanis re proposed findings and motion for preliminary review; Review of docket sheet | 1:15 | 343.75 | PMD |
| 03-29-13 | Drafting proposed findings of fact and conclusions of law and proposed long-form notice; emails to Maris Veidemanis | 2:30 | 687.50 | PMD |

## ATTORNEY SUMMARY:

| | | | | | | |
|---|---|---|---|---|---|---|
| PMD | Paul M. De Marco | Partner | 37:21 | Hrs | $275.00/hr | $10,271.25 |
| WM | W.B. Markovits | Partner | 1:15 | Hrs | $275.00/hr | $343.75 |
| | Totals | | 38:36 | | $10,615.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 03-29-13 | On Account of Fees and Disbursements - No Expenses | | 0.00 |
| | Totals | | $0.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$10,615.00** |
| Previous Balance | 3,946.25 |
| Previous Payments | 3,946.25 |
| **Balance Now Due** | **$10,615.00** |