# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ARTHUR RAY BOWLING, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PFIZER INC., et al.,<br><br>　　　　Defendants. | Case No. C-1-91-256<br><br>Timothy S. Black, District Judge |

## AGREED ORDER

On October 29, 2015, the Court approved the Amendment of the Settlement and a significant distribution to the members of the Class. (Doc. 3138.) In the aftermath of that distribution, a total of 17 late claims were submitted by eligible members of the Class, 12 from implantee Class Members and five from spouse Class Members. The total value of these 17 late claims is $92,224.67, which breaks down as follows: $83,980.92 to the 12 implantee Class Members ($6,998.41 each), and $8,243.75 to the spouse Class Members ($1,648.75 each). In the interests of justice, and with the concurrence of the undersigned counsel, the Court finds that the 17 late claims should be paid and hereby orders that they be paid forthwith as follows: $6,998.41 to each of the 12 late implantee Class Members and $1,648.75 to each of the late spouse Class Members.

SO ORDERED.

*Timothy S. Black*
_____
Timothy S. Black, United States District Judge

Agreed:

s/ Paul De Marco
Class Counsel

s/ Terry Coates
Class Counsel

s/ Brian Wolfman
Special Counsel

s/ James Capretz
Special Counsel

s/ Jack Harrison
Counsel for Defendants

s/ Nancy Lawson
Special Master/Trustee